UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Miguel Raimundo Rodriguez          Docket No. 5:18-CR-213-1BO

**Petition for Action on Supervised Release**

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Miguel Raimundo Rodriguez, who, upon an earlier plea of guilty to False Claim of Citizenship With Intent to Engage Unlawfully in Employment, in violation of 18 U.S.C. § 1015(e) and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 3, 2019, to the custody of the Bureau of Prisons for a term of 731 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months. Miguel Raimundo Rodriguez was released from custody on February 11, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 7, 2021, the defendant submitted a urinalysis sample that tested positive for cocaine. When confronted, he admitted to using cocaine on a previous date. He reports that this was an isolated incident. Due to his illegal drug use, we are recommending that the conditions of supervision be modified to include a drug aftercare condition. The defendant will be referred for a substance abuse assessment, any recommended treatment, and placed in the surprise urinalysis program. No further court action is requested at this time. Any future noncompliance will immediately be reported to the court, and additional action may be requested at that time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Jared Britt
Jared Britt
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2549
Executed On: January 15, 2021

Miguel Raimundo Rodriguez
Docket No. 5:18-CR-213-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __January__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
United States District Judge